IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RICARDO DIAZ, )
)
    Petitioner, )
)
v. ) CASE NO. CV410-028
) CR408-088
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 11), to which objections have been filed (Doc. 16). However, the Court finds Petitioner's objections to be without merit. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation, which is **ADOPTED** as the order of this Court. Accordingly, Petitioner's § 2255 Motion is **DENIED**, and the Clerk of Court is **DIRECTED** to close this case.[1]

SO ORDERED this 28th day of September 2011.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, all motions that remain pending in this case are **DISMISSED AS MOOT**: Motion to Compel (Doc. 18), Motion to Compel Compliance (Doc. 20), Motion for Copies of Grand Jury Testimony and Transcripts (Doc. 22), and Motion of Estoppel (Doc. 23).